Linwood BURGESS, Jr.,
Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 34972.

Missouri Court of Appeals,
Western District.

May 1, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 3, 1984.

Thomas J. Marshall, Public Defender, Moberly, for movant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

This is an appeal from the denial of post conviction relief sought pursuant to Rule 27.26.

The judgment is affirmed. Rule 84.16(b).